# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hood, Joseph M. | E.D. KY. | 04/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this I modifications pertaining thereto, it is, i- ··· with applicab' ···· and regulati- <br><br> Reviewing ᴜ... |
|---|---|
| P.O. Box 2227 <br> Lexington, KY 40588-2227 | |

**IMPORTANT NOTES:** *The instructions accompany...* *must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | Board of Managers | Diederich Educational Trust |
| 3. | Director | Federal Judges Accociation |
| 4. | Director | St. Joseph Hospital Foundation |
| 5. | Director | St. Joseph Berea Hospital Foundation |
| 6. | Trustee | ▓▓▓▓▓▓▓▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2010 MAY 10 A 11: 36 FINANCIAL DISCLOSURE OFFICE

Hood, Joseph M.

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/07/2009 | ▓▓▓▓▓▓▓ - Midnight Stakes Raffle Fundraiser Winner | $25,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. 2009 | Proctor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJA | 5/02/2009 - 5/03/2009 | Washington, DC | Borad Meeting | Housing, Travel & Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank, Lexington, KY Checking | A | Interest | J | T | | | | | |
| 2. Fifth Third Bank, Lexington, KY Checking (X) | A | Interest | J | T | | | | | |
| 3. Metlife Invs Ins Co Ins Prod | | None | J | T | | | | | |
| 4. John Hancock Life Ins Co | | None | | | Redeemed | 06/10/09 | K | | |
| 5. Lincoln National Life Ins Co | | None | J | T | | | | | |
| 6. Fidelity Investments - ▓▓▓▓▓▓ | | None | L | T | | | | | |
| 7. -Ashland Inc New | A | Dividend | J | T | Buy | 02/02/09 | J | | |
| 8. -Fidelity Money Market | A | Dividend | | | | | | | |
| 9. -Fidelity US Govt Reserves | A | Dividend | | | Sold | 10/12/09 | J | | |
| 10. -Fidelity Leveraged Company Stock Fd | A | Dividend | J | T | | | | | |
| 11. -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 06/02/09 | J | | |
| 12. -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 13. -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 14. -Fidelity China Region | A | Dividend | J | T | Buy | 10/12/09 | J | | |
| 15. -Fidelity Dividend Growth Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 16. -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 17. -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Fidelity High Income | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 19. | -Fidelity High Income | | None | | | Buy<br>(add'l) | 08/04/09 | J | | |
| 20. | -Fidelity Select Materials Portfolio | A | Dividend | K | T | Buy | 06/02/09 | J | | |
| 21. | -Fidelity Select Materials Portfolio | | None | | | Buy<br>(add'l) | 08/04/09 | J | | |
| 22. | -Fidelity Select Materials Portfolio | | None | | | Buy<br>(add'l) | 10/12/09 | J | | |
| 23. | -Fidelity Small Cap Stock Fund | | None | J | T | Buy | 06/02/09 | J | | |
| 24. | -Fidelity Small Cap Stock Fund | | None | | | Buy<br>(add'l) | 08/04/09 | J | | |
| 25. | -Fidelity Small Cap Stock Fund | | None | | | Buy<br>(add'l) | 10/12/09 | J | | |
| 26. | -Fidelity Value Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 27. | -Fidelity Value Fund | | None | | | Buy<br>(add'l) | 08/04/09 | J | | |
| 28. | -Fidelity Value Fund | | None | | | Buy<br>(add'l) | 10/12/09 | J | | |
| 29. | -Janus Overseas Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 30. | -Janus Overseas Fund | | None | | | Buy<br>(add'l) | 08/04/09 | J | | |
| 31. | Fidelity IRA | | None | J | T | | | | | |
| 32. | -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 33. | -Fidelity US Govt Reserves | A | Dividend | | | Sold | 04/02/09 | J | | |
| 34. | -Fidelity Leveraged Company Stock Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 06/02/09 | J | | |
| 36.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 37.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 38.  -Fidelity China Region | A | Dividend | J | T | Buy | 10/12/09 | J | | |
| 39.  -Fidelity Dividend Growth Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 40.  -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 41.  -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 42.  -Fidelity High Income | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 43.  -Fidelity High Income | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 44.  -Fidelity Select Materials Portfolio | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 45.  -Fidelity Select Materials Portfolio | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 46.  -Fidelity Select Materials Portfolio | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 47.  -Fidelity Small Cap Stock Fund | | None | J | T | Buy | 06/02/09 | J | | |
| 48.  -Fidelity Small Cap Stock Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 49.  -Fidelity Small Cap Stock Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 50.  -Fidelity Value Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 51.  -Fidelity Value Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52.  -Fidelity Value Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 53.  -Janus Overseas Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 54.  -Janus Overseas Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 55.  Fidelity IRA #2 Spouse | | None | J | T | | | | | |
| 56.  -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 57.  -Fidelity US Govt Reserves | A | Dividend | | | Sold | 04/02/09 | J | | |
| 58.  -Fidelity Leveraged Company Stock Fd | A | Dividend | J | T | | | | | |
| 59.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 06/02/09 | J | | |
| 60.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 61.  -Fidelity Leveraged Company Stock Fd | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 62.  -Fidelity China Region | A | Dividend | J | T | Buy | 10/12/09 | J | | |
| 63.  -Fidelity Dividend Growth Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 64.  -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 65.  -Fidelity Dividend Growth Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 66.  -Fidelity High Income | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 67.  -Fidelity High Income | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 68.  -Fidelity Select Materials Portfolio | A | Dividend | J | T | Buy | 06/02/09 | J | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Select Materials Portfolio | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 70. -Fidelity Select Materials Portfolio | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 71. -Fidelity Small Cap Stock Fund | | None | J | T | Buy | 06/02/09 | J | | |
| 72. -Fidelity Small Cap Stock Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 73. -Fidelity Small Cap Stock Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 74. -Fidelity Value Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 75. -Fidelity Value Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 76. -Fidelity Value Fund | | None | | | Buy (add'l) | 10/12/09 | J | | |
| 77. -Janus Overseas Fund | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 78. -Janus Overseas Fund | | None | | | Buy (add'l) | 08/04/09 | J | | |
| 79. Fidelity Estate Account | | None | | | Closed | 01/13/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Joseph M. | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544